**Law Office of**
**GUY OKSENHENDLER**
291 Broadway
Suite 300
New York, New York 10007
(212) 213-4666
Fax: (212) 213-1462
goksenhendleresq@aol.com

September 23, 2013

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    ***United States v. Mal Rexha***
               Ind. No. 11 Cr. 486
               <u>Objections to Pre-Sentence Report</u>

Dear Judge Irizarry:

      Please be advised that the defendant has no objections to the Pre-Sentence Report prepared in his case. A separate sentencing memorandum will be submitted to Your Honor shortly.

                                        Very truly yours,

                                        /s/ *Guy Oksenhendler*

                                        Guy Oksenhendler