

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*

*Brooklyn, N.Y. 11201*

September 27, 2013

Patricia A. Sullivan
United States Probation Officer
Eastern District of New York

      Re:  United States v. Mal Rexha
            Criminal Docket No. 11-486 (DLI)

Dear Ms. Sullivan:

      The government respectfully submits this letter pursuant to Fed. R. Crim. P. 32(f) to advise the Probation Department of the government's proposed corrections in the Presentence Investigation Report ("PSR") for the above-referenced defendant.

      With respect to the list of related defendants pending before the Honorable Dora L. Irizarry (PSR page 3), the government hereby advises the Probation Department that: (1) defendant Carlos Alvarez was sentenced to 30 months' custody and 3 years' supervised release; (2) defendant Hasan Kurti was sentenced to 30 months' custody and 3 years' supervised release; and (3) defendant Valter Memia was sentenced to 37 months' custody and 3 years' supervised release.

      The government has no other objections to the PSR at this time.

                             Respectfully submitted,

                             LORETTA E. LYNCH
                             United States Attorney
                             Eastern District of New York

                     By:   /s/_____
                             Gina M. Parlovecchio
                             Assistant United States Attorney
                             (718) 254-6228

cc:  Guy Oksenhendler, Esq. (by ECF)
     The Honorable Dora L. Irizarry (by ECF and Hand)